In the Matter of EDWARD JANIAK, Respondent, against TOWN OF CHEEKTOWAGA et al., Appellants.

In the Matter of BENJAMIN B. KRASKA, Respondent, against TOWN OF CHEEKTOWAGA et al., Appellants.

In the Matter of VALENTINE PARADOWSKI, Respondent, against TOWN OF CHEEKTOWAGA et al., Appellants.

In the Matter of ANDREW PIACENTE, Respondent, against TOWN OF CHEEKTOWAGA et al., Appellants.

In the Matter of HENRY SCHROEDER, Respondent, against TOWN OF CHEEKTOWAGA et al., Appellants.

In the Matter of JOHN SNYDER, Respondent, against TOWN OF CHEEKTOWAGA et al., Appellants.

In the Matter of JOHN SUGG, Respondent, against TOWN OF CHEEKTOWAGA et al., Appellants.

In the Matter of WILLIAM WEBER, Respondent, against TOWN OF CHEEKTOWAGA et al., Appellants.

In the Matter of EDWARD J. WITKOWSKI, Respondent, against TOWN OF CHEEKTOWAGA et al., Appellants.

In the Matter of JOHN ZABLOTNY, Respondent, against TOWN OF CHEEKTOWAGA et al., Appellants.

(Argued November 17, 1936; decided December 1, 1936.)

*Carlton A. Fisher* for appellants.

*William Brennan, Jr.,* for respondents.

*Seth T. Cole* for Firemen's Association of the State of New York, *amicus curiæ.*

In each proceeding, order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.